### ELANTECH DEVICES
### CORPORATION, Plaintiff–Appellee,

v.

### SYNAPTICS, INC., Defendant–
### Appellant,

and

### Averatec, Inc., and Prostar Computer,
### Inc., Defendants.

No. 2008–1310.

United States Court of Appeals,
Federal Circuit.

Nov. 18, 2008.

Scott R. Raber, Principal Attorney, Kastner/Banchero LLP, San Franciso, CA, for Defendants.

Sean P. Debruine, Principal Attorney, Elizabeth H. Rader, of Counsel Attorney, Alston & Bird LLP, Palo Alto, CA, Thomas C. Goldstein, Troy D. Cahill, of Counsel Attorney, Akin, Gump, Strauss, Hauer, Washington, DC, for Plaintiff–Appellee.

Henry A. Petri Jr., Principal Attorney, Stephen H. Cagle, Richard L. Stanley, of Counsel Attorney, Howrey LLP, Houston, TX, for Defendant–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).